**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 16-08461 |
|---|---|---|
| | § | |
| ANTHONY VILLARREAL | § | |
| LISETTE VILLARREAL | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/11/2016. The undersigned trustee was appointed on 03/11/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                            $4,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $10.90 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $3,989.10 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/25/2016 and the deadline for filing government claims was 09/07/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,000.00, for a total compensation of $1,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $49.16, for total expenses of $49.16.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/28/2017         By:    /s/ David P. Leibowitz
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 16-08461   Doc 35   Filed 12/14/17   Entered 12/14/17 10:06:31   Desc Main
Document      Page 3 of 15

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 16-08461 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | | | Date Filed (f) or Converted (c): | 03/11/2016 (f) |
| For the Period Ending: | 11/28/2017 | | | §341(a) Meeting Date: | 04/21/2016 |
| | | | | Claims Bar Date: | 08/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Nissan Altima 2014 25,000 purchased in early 2014 | $15,000.00 | $367.00 | | $0.00 | FA |
| 2 | Toyota Highlander 2015 11,000 LEASED (See Schedule G) | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Chevy Malibu 2002 140,000 | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | Computer, laptop, misc | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | 2 handguns for work | $800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 735 ILCS 5/12-1001(d) | | | | | |
| 7 | Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 8 | Jewelry | $200.00 | $200.00 | | $0.00 | FA |
| 9 | Cash | $100.00 | $0.00 | | $0.00 | FA |
| 10 | 4 accts@ Chase - funds were frozen prefiling for 3 accts | $4,362.43 | $1,862.43 | | $908.00 | FA |
| Asset Notes: | Updated per amended schedules A/B filed 7/26/16 (dkt 23) According to bank statements, balances as of 3/11/16 (filing date): Chase Joint Checking (0476): $1670.30 Chase Joint Savings (8123): $35.47 Chase Lisette (6047): $783.56 Chase Anthony (1215): $1873.10 | | | | | |
| 11 | 457 & Retirement | Unknown | $0.00 | | $0.00 | FA |
| 12 | 2 term policies | Unknown | $0.00 | | $0.00 | FA |
| 13 | Preferential payment to Rich Chow    (u) | $0.00 | $1,000.00 | | $0.00 | FA |
| 14 | 2015 tax refund    (u) | $6,367.00 | $6,367.00 | | $3,092.00 | FA |
| Asset Notes: | refund of $7367 included $1000 child tax credit | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $30,629.43 | $9,796.43 | | $4,000.00 | $0.00 |

Case 16-08461 Doc 35 Filed 12/14/17 Entered 12/14/17 10:06:31 Desc Main
Document Page 4 of 15

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2 Exhibit A

| Case No.: | 16-08461 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | | | Date Filed (f) or Converted (c): | 03/11/2016 (f) |
| For the Period Ending: | 11/28/2017 | | | §341(a) Meeting Date: | 04/21/2016 |
| | | | | Claims Bar Date: | 08/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Initial Projected Date Of Final Report (TFR): 12/31/2017      Current Projected Date Of Final Report (TFR):      /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

Page No: 1     Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-08461 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1204 | | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | **-***1205 | | Account Title: | |
| For Period Beginning: | 3/11/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/28/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2016 | | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | Settlement for non-exempt funds in bank account & non-exempt portion of 2015 tax refund (Payment 1 of 2) | * | $2,500.00 | | $2,500.00 |
| | {10} | | Payment 1 of 2    $567.50 | 1129-000 | | | $2,500.00 |
| | {14} | | Payment 1 of 2    $1,932.50 | 1224-000 | | | $2,500.00 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.25 | $2,496.75 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.02 | $2,492.73 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.63 | $2,489.10 |
| 03/14/2017 | | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | Settlement for non-exempt funds in bank account & non-exempt portion of 2015 tax refund (Payment 2 of 2) | * | $1,500.00 | | $3,989.10 |
| | {10} | | Payment 2 of 2    $340.50 | 1129-000 | | | $3,989.10 |
| | {14} | | Payment 2 of 2    $1,159.50 | 1224-000 | | | $3,989.10 |
| | | | **TOTALS:** | | $4,000.00 | $10.90 | $3,989.10 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,000.00 | $10.90 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,000.00 | $10.90 | |

| For the period of 3/11/2016 to 11/28/2017 | | For the entire history of the account between 12/07/2016 to 11/28/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10.90 | Total Compensable Disbursements: | $10.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.90 | Total Comp/Non Comp Disbursements: | $10.90 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Page No: 2    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-08461 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1204 | | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | **-***1205 | | Account Title: | |
| For Period Beginning: | 3/11/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/28/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,000.00 | $10.90 | $3,989.10 |

| **For the period of 3/11/2016 to 11/28/2017** | | **For the entire history of the case between 03/11/2016 to 11/28/2017** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10.90 | Total Compensable Disbursements: | $10.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.90 | Total Comp/Non Comp Disbursements: | $10.90 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No. | 16-08461 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | | | | | | | | Date: 11/28/2017 |
| Claims Bar Date: | 08/25/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $49.16 | $0.00 | $0.00 | $0.00 | $49.16 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $52.01 | $0.00 | $0.00 | $0.00 | $52.01 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| 1 | CAVALRY SPV I, LLC  500 Summit Lake Drive, Ste 400 Valhalla NY 10595 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,443.47 | $0.00 | $0.00 | $0.00 | $3,443.47 |

**Claim Notes:** (1-1) Cavalry SPV I, LLC as assignee of Chase Bank USA, N.A (WAMU)

| 10 | U.S. DEPARTMENT OF EDUCATION  c/o Fedloan Servicing P.O. Box 69184 Harrisburg PA 17106-9184 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $74,277.86 | $0.00 | $0.00 | $0.00 | $74,277.86 |
| 16 | MIDLAND FUNDING LLC  c/o Midland Credit Management, Inc., as agent PO Box 2011 Warren MI 48090 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,758.26 | $0.00 | $0.00 | $0.00 | $4,758.26 |

# CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| Case No.: | 16-08461 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | | | | | | | | Date: 11/28/2017 |
| Claims Bar Date: | 08/25/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br><br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City OK 73124-8866 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $721.02 | $0.00 | $0.00 | $0.00 | $721.02 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $516.38 | $0.00 | $0.00 | $0.00 | $516.38 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,112.15 | $0.00 | $0.00 | $0.00 | $1,112.15 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $233.62 | $0.00 | $0.00 | $0.00 | $233.62 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br><br>Comenity Capital Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $314.49 | $0.00 | $0.00 | $0.00 | $314.49 |
| 7 | CAVALRY SPV I, LLC<br><br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $649.63 | $0.00 | $0.00 | $0.00 | $649.63 |

**Claim Notes:**   (7-1) Cavalry SPV I, LLC as assignee of CITIBANK, N.A./CHILDREN'S PLACE

| Case No.: | 16-08461 | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | | | | | | | | Date: 11/28/2017 |
| Claims Bar Date: | 08/25/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 8 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $11,615.24 | $0.00 | $0.00 | $0.00 | $11,615.24 |
| 9 | AMERICAN EXPRESS CENTURION BANK<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,004.34 | $0.00 | $0.00 | $0.00 | $1,004.34 |
| 11 | AMERICAN EXPRESS BANK FSB<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,953.36 | $0.00 | $0.00 | $0.00 | $1,953.36 |
| 12 | WORLD'S FOREMOST BANK<br><br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN NE 68501 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,515.63 | $0.00 | $0.00 | $0.00 | $5,515.63 |
| 13 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,453.41 | $0.00 | $0.00 | $0.00 | $1,453.41 |
| 14 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,169.09 | $0.00 | $0.00 | $0.00 | $1,169.09 |

# CLAIM ANALYSIS REPORT

Page No: 4
Exhibit C

| Case No.: | 16-08461 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | | | | | | | | Date: 11/28/2017 |
| Claims Bar Date: | 08/25/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 15 | CAPITAL ONE NA<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $452.25 | $0.00 | $0.00 | $0.00 | $452.25 |
| 17 | CITIBANK, N.A.<br><br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland WA 98083-0280 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $282.51 | $0.00 | $0.00 | $0.00 | $282.51 |
| 18 | DEPARTMENT STORE NATIONAL BANK<br><br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland WA 98083-0657 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $981.72 | $0.00 | $0.00 | $0.00 | $981.72 |
| 19 | SYNCHRONY BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $330.86 | $0.00 | $0.00 | $0.00 | $330.86 |
| 20 | SYNCHRONY BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,150.90 | $0.00 | $0.00 | $0.00 | $1,150.90 |

# CLAIM ANALYSIS REPORT

Page No: 5
Exhibit C

| Case No. | 16-08461 | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | | | | | | | | Date: 11/28/2017 |
| Claims Bar Date: | 08/25/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 21 | SYNCHRONY BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $971.36 | $0.00 | $0.00 | $0.00 | $971.36 |
| 22 | SYNCHRONY BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $175.28 | $0.00 | $0.00 | $0.00 | $175.28 |
| 23 | SYNCHRONY BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,879.36 | $0.00 | $0.00 | $0.00 | $1,879.36 |
| | | | | | $116,563.36 | $0.00 | $0.00 | $0.00 | $116,563.36 |

**CLAIM ANALYSIS REPORT**                                                                                    Page No: 6
                                                                                                             Exhibit C

| Case No. | 16-08461 | | | | Trustee Name: | David Leibowitz |
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | | | | Date: | 11/28/2017 |
| Claims Bar Date: | 08/25/2016 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $52.01 | $52.01 | $0.00 | $0.00 | $0.00 | $52.01 |
| Attorney for Trustee Fees (Trustee Firm) | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| General Unsecured § 726(a)(2) | $82,479.59 | $82,479.59 | $0.00 | $0.00 | $0.00 | $82,479.59 |
| Payments to Unsecured Credit Card Holders | $32,482.60 | $32,482.60 | $0.00 | $0.00 | $0.00 | $32,482.60 |
| Trustee Compensation | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| Trustee Expenses | $49.16 | $49.16 | $0.00 | $0.00 | $0.00 | $49.16 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 16-08461
Case Name: ANTHONY VILLARREAL
LISETTE VILLARREAL
Trustee Name: David P. Leibowitz

Balance on hand: $3,989.10

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,989.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| David P. Leibowitz, Trustee Expenses | $49.16 | $0.00 | $49.16 |
| Lakelaw, Attorney for Trustee Fees | $500.00 | $0.00 | $500.00 |
| Lakelaw, Attorney for Trustee Expenses | $52.01 | $0.00 | $52.01 |

Total to be paid for chapter 7 administrative expenses: $1,601.17
Remaining balance: $2,387.93

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,387.93

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00

**UST Form 101-7-TFR (5/1/2011)**

Remaining balance:    $2,387.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $114,962.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | $3,443.47 | $0.00 | $71.52 |
| 2 | American InfoSource LP as agent for | $721.02 | $0.00 | $14.98 |
| 3 | Quantum3 Group LLC as agent for | $516.38 | $0.00 | $10.73 |
| 4 | Quantum3 Group LLC as agent for | $1,112.15 | $0.00 | $23.10 |
| 5 | Quantum3 Group LLC as agent for | $233.62 | $0.00 | $4.85 |
| 6 | Quantum3 Group LLC as agent for | $314.49 | $0.00 | $6.53 |
| 7 | Cavalry SPV I, LLC | $649.63 | $0.00 | $13.49 |
| 8 | Discover Bank | $11,615.24 | $0.00 | $241.27 |
| 9 | American Express Centurion Bank | $1,004.34 | $0.00 | $20.86 |
| 10 | U.S. Department of Education | $74,277.86 | $0.00 | $1,542.86 |
| 11 | American Express Bank FSB | $1,953.36 | $0.00 | $40.57 |
| 12 | WORLD'S FOREMOST BANK | $5,515.63 | $0.00 | $114.57 |
| 13 | PYOD, LLC its successors and assigns as assignee | $1,453.41 | $0.00 | $30.19 |
| 14 | PYOD, LLC its successors and assigns as assignee | $1,169.09 | $0.00 | $24.28 |
| 15 | Capital One NA | $452.25 | $0.00 | $9.39 |
| 16 | MIDLAND FUNDING LLC | $4,758.26 | $0.00 | $98.84 |
| 17 | Citibank, N.A. | $282.51 | $0.00 | $5.87 |
| 18 | Department Store National Bank | $981.72 | $0.00 | $20.39 |
| 19 | Synchrony Bank | $330.86 | $0.00 | $6.87 |
| 20 | Synchrony Bank | $1,150.90 | $0.00 | $23.91 |
| 21 | Synchrony Bank | $971.36 | $0.00 | $20.18 |
| 22 | Synchrony Bank | $175.28 | $0.00 | $3.64 |
| 23 | Synchrony Bank | $1,879.36 | $0.00 | $39.04 |

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $2,387.93 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**