**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-08461 |
| | § | |
| ANTHONY VILLARREAL | § | |
| LISETTE VILLARREAL | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $15,200.00 | Assets Exempt: | $8,200.00 |
| Total Distributions to Claimants: | $2,387.93 | Claims Discharged Without Payment: | $137,305.26 |
| Total Expenses of Administration: | $1,612.07 | | |

3) Total gross receipts of $4,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $24,753.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,612.07 | $1,612.07 | $1,612.07 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $133,611.00 | $114,962.19 | $114,962.19 | $2,387.93 |
| **Total Disbursements** | $158,364.00 | $116,574.26 | $116,574.26 | $4,000.00 |

4). This case was originally filed under chapter 7 on 03/11/2016. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2018       By:   /s/ David P. Leibowitz
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 4 accts@ Chase - funds were frozen prefiling for 3 accts | 1129-000 | $908.00 |
| 2015 tax refund | 1224-000 | $3,092.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acceptance | 4110-000 | $14,633.00 | $0.00 | $0.00 | $0.00 |
| | Toyota Motor Credit | 4110-000 | $10,120.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$24,753.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $49.16 | $49.16 | $49.16 |
| Green Bank | 2600-000 | NA | $10.90 | $10.90 | $10.90 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $500.00 | $500.00 | $500.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $52.01 | $52.01 | $52.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,612.07** | **$1,612.07** | **$1,612.07** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | $2,894.00 | $3,443.47 | $3,443.47 | $71.52 |
| 2 | American InfoSource LP as agent for | 7100-900 | $721.00 | $721.02 | $721.02 | $14.98 |
| 3 | Quantum3 Group LLC as agent for | 7100-900 | $471.00 | $516.38 | $516.38 | $10.73 |
| 4 | Quantum3 Group LLC as agent for | 7100-900 | $1,112.00 | $1,112.15 | $1,112.15 | $23.10 |
| 5 | Quantum3 Group LLC as agent for | 7100-900 | $1,112.00 | $233.62 | $233.62 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 5; Quantum3 Group LLC as agent for) | 7100-901 | $0.00 | $0.00 | $0.00 | $4.85 |
| 6 | Quantum3 Group LLC as agent for | 7100-900 | $314.00 | $314.49 | $314.49 | $6.53 |
| 7 | Cavalry SPV I, LLC | 7100-900 | $650.00 | $649.63 | $649.63 | $13.49 |
| 8 | Discover Bank | 7100-900 | $11,713.00 | $11,615.24 | $11,615.24 | $241.27 |
| 9 | American Express Centurion Bank | 7100-900 | $967.00 | $1,004.34 | $1,004.34 | $20.86 |
| 10 | U.S. Department of Education | 7100-000 | $67,994.00 | $74,277.86 | $74,277.86 | $1,542.86 |
| 11 | American Express Bank FSB | 7100-900 | $1,953.00 | $1,953.36 | $1,953.36 | $40.57 |
| 12 | WORLD'S FOREMOST BANK | 7100-900 | $5,515.00 | $5,515.63 | $5,515.63 | $114.57 |
| 13 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $1,493.00 | $1,453.41 | $1,453.41 | $30.19 |
| 14 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $1,169.00 | $1,169.09 | $1,169.09 | $24.28 |
| 15 | Capital One NA | 7100-900 | $452.00 | $452.25 | $452.25 | $9.39 |
| 16 | MIDLAND FUNDING LLC | 7100-000 | $4,582.00 | $4,758.26 | $4,758.26 | $98.84 |
| 17 | Citibank, N.A. | 7100-900 | $282.00 | $282.51 | $282.51 | $5.87 |
| 18 | Department Store National Bank | 7100-900 | $981.00 | $981.72 | $981.72 | $20.39 |
| 19 | Synchrony Bank | 7100-900 | $330.00 | $330.86 | $330.86 | $6.87 |
| 20 | Synchrony Bank | 7100-900 | $1,150.00 | $1,150.90 | $1,150.90 | $23.91 |
| 21 | Synchrony Bank | 7100-900 | $971.00 | $971.36 | $971.36 | $20.18 |

**UST Form 101-7-TDR (10/1/2010)**

| 22 | Synchrony Bank | 7100-900 | $175.00 | $175.28 | $175.28 | $0.00 |
|---|---|---|---|---|---|---|
|  | Clerk, US Bankruptcy Court (Claim No. 22; Synchrony Bank) | 7100-901 | $0.00 | $0.00 | $0.00 | $3.64 |
| 23 | Synchrony Bank | 7100-900 | $1,879.00 | $1,879.36 | $1,879.36 | $39.04 |
|  | Equable Ascent Financial | 7100-000 | $2,794.00 | $0.00 | $0.00 | $0.00 |
|  | GEMB | 7100-000 | $971.00 | $0.00 | $0.00 | $0.00 |
|  | HSBC | 7100-000 | $5,426.00 | $0.00 | $0.00 | $0.00 |
|  | LVNV Funding | 7100-000 | $646.00 | $0.00 | $0.00 | $0.00 |
|  | Midland Funding | 7100-000 | $5,571.00 | $0.00 | $0.00 | $0.00 |
|  | National Tire & Battery | 7100-000 | $924.00 | $0.00 | $0.00 | $0.00 |
|  | Nordstrom | 7100-000 | $609.00 | $0.00 | $0.00 | $0.00 |
|  | Prosper Marketplace | 7100-000 | $5,112.00 | $0.00 | $0.00 | $0.00 |
|  | Resurgence Capital | 7100-000 | $2,494.00 | $0.00 | $0.00 | $0.00 |
|  | SYNCB Amazon | 7100-000 | $103.00 | $0.00 | $0.00 | $0.00 |
|  | WFNNB | 7100-000 | $81.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $133,611.00 | $114,962.19 | $114,962.19 | $2,387.93 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 16-08461 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | | | Date Filed (f) or Converted (c): | 03/11/2016 (f) |
| For the Period Ending: | 2/8/2018 | | | §341(a) Meeting Date: | 04/21/2016 |
| | | | | Claims Bar Date: | 08/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Nissan Altima 2014 25,000 purchased in early 2014 | $15,000.00 | $367.00 | | $0.00 | FA |
| 2 | Toyota Highlander 2015 11,000 LEASED (See Schedule G) | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Chevy Malibu 2002 140,000 | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | Computer, laptop, misc | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | 2 handguns for work | $800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 735 ILCS 5/12-1001(d) | | | | | |
| 7 | Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 8 | Jewelry | $200.00 | $200.00 | | $0.00 | FA |
| 9 | Cash | $100.00 | $0.00 | | $0.00 | FA |
| 10 | 4 accts@ Chase - funds were frozen prefiling for 3 accts | $4,362.43 | $1,862.43 | | $908.00 | FA |
| Asset Notes: | Updated per amended schedules A/B filed 7/26/16 (dkt 23) According to bank statements, balances as of 3/11/16 (filing date): Chase Joint Checking (0476): $1670.30 Chase Joint Savings (8123): $35.47 Chase Lisette (6047): $783.56 Chase Anthony (1215): $1873.10 | | | | | |
| 11 | 457 & Retirement | Unknown | $0.00 | | $0.00 | FA |
| 12 | 2 term policies | Unknown | $0.00 | | $0.00 | FA |
| 13 | Preferential payment to Rich Chow (u) | $0.00 | $1,000.00 | | $0.00 | FA |
| 14 | 2015 tax refund (u) | $6,367.00 | $6,367.00 | | $3,092.00 | FA |
| Asset Notes: | refund of $7367 included $1000 child tax credit | | | | | |

**TOTALS** (Excluding unknown value)

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $30,629.43 | $9,796.43 | | $4,000.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 16-08461 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | | Date Filed (f) or Converted (c): | 03/11/2016 (f) |
| For the Period Ending: | 2/8/2018 | | §341(a) Meeting Date: | 04/21/2016 |
| | | | Claims Bar Date: | 08/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Initial Projected Date Of Final Report (TFR): 12/31/2017     Current Projected Date Of Final Report (TFR):     /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-08461 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1204 | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | **-***1205 | Account Title: | |
| For Period Beginning: | 3/11/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2016 | | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | Settlement for non-exempt funds in bank account & non-exempt portion of 2015 tax refund (Payment 1 of 2) | * | $2,500.00 | | $2,500.00 |
| | {10} | | Payment 1 of 2                                    $567.50 | 1129-000 | | | $2,500.00 |
| | {14} | | Payment 1 of 2                                  $1,932.50 | 1224-000 | | | $2,500.00 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.25 | $2,496.75 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.02 | $2,492.73 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.63 | $2,489.10 |
| 03/14/2017 | | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | Settlement for non-exempt funds in bank account & non-exempt portion of 2015 tax refund (Payment 2 of 2) | * | $1,500.00 | | $3,989.10 |
| | {10} | | Payment 2 of 2                                    $340.50 | 1129-000 | | | $3,989.10 |
| | {14} | | Payment 2 of 2                                  $1,159.50 | 1224-000 | | | $3,989.10 |
| 01/09/2018 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,000.00 | $2,989.10 |
| 01/09/2018 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $49.16 | $2,939.94 |
| 01/09/2018 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $500.00; Distribution Dividend: 100.00%; | 3110-000 | | $500.00 | $2,439.94 |
| 01/09/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $52.01; Distribution Dividend: 100.00%; | 3120-000 | | $52.01 | $2,387.93 |
| 01/09/2018 | 3005 | Cavalry SPV I, LLC | Claim #: 1; Amount Claimed: $3,443.47; Distribution Dividend: 2.08%; | 7100-000 | | $71.52 | $2,316.41 |
| 01/09/2018 | 3006 | American InfoSource LP as agent for | Claim #: 2; Amount Claimed: $721.02; Distribution Dividend: 2.08%; | 7100-900 | | $14.98 | $2,301.43 |
| 01/09/2018 | 3007 | Quantum3 Group LLC as agent for | Claim #: 3; Amount Claimed: $516.38; Distribution Dividend: 2.08%; | 7100-900 | | $10.73 | $2,290.70 |
| 01/09/2018 | 3008 | Quantum3 Group LLC as agent for | Claim #: 4; Amount Claimed: $1,112.15; Distribution Dividend: 2.08%; | 7100-900 | | $23.10 | $2,267.60 |
| 01/09/2018 | 3009 | Clerk, US Bankruptcy Court | Small Dividends | * | | $8.49 | $2,259.11 |
| | | | Claim Amount                                       $(4.85) | 7100-901 | | | $2,259.11 |
| | | | Claim Amount                                       $(3.64) | 7100-901 | | | $2,259.11 |
| 01/09/2018 | 3010 | Quantum3 Group LLC as agent for | Claim #: 6; Amount Claimed: $314.49; Distribution Dividend: 2.08%; | 7100-900 | | $6.53 | $2,252.58 |

SUBTOTALS    $4,000.00    $1,747.42

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 16-08461 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1204 | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | **-***1205 | Account Title: | |
| For Period Beginning: | 3/11/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/09/2018 | 3011 | Cavalry SPV I, LLC | Claim #: 7; Amount Claimed: $649.63; Distribution Dividend: 2.08%; | 7100-900 | | $13.49 | $2,239.09 |
| 01/09/2018 | 3012 | Discover Bank | Claim #: 8; Amount Claimed: $11,615.24; Distribution Dividend: 2.08%; | 7100-900 | | $241.27 | $1,997.82 |
| 01/09/2018 | 3013 | American Express Centurion Bank | Claim #: 9; Amount Claimed: $1,004.34; Distribution Dividend: 2.08%; | 7100-900 | | $20.86 | $1,976.96 |
| 01/09/2018 | 3014 | U.S. Department of Education | Claim #: 10; Amount Claimed: $74,277.86; Distribution Dividend: 2.08%; | 7100-000 | | $1,542.86 | $434.10 |
| 01/09/2018 | 3015 | American Express Bank FSB | Claim #: 11; Amount Claimed: $1,953.36; Distribution Dividend: 2.08%; | 7100-900 | | $40.57 | $393.53 |
| 01/09/2018 | 3016 | WORLD'S FOREMOST BANK | Claim #: 12; Amount Claimed: $5,515.63; Distribution Dividend: 2.08%; | 7100-900 | | $114.57 | $278.96 |
| 01/09/2018 | 3017 | PYOD, LLC its successors and assigns as assignee | Claim #: 13; Amount Claimed: $1,453.41; Distribution Dividend: 2.08%; | 7100-900 | | $30.19 | $248.77 |
| 01/09/2018 | 3018 | PYOD, LLC its successors and assigns as assignee | Claim #: 14; Amount Claimed: $1,169.09; Distribution Dividend: 2.08%; | 7100-900 | | $24.28 | $224.49 |
| 01/09/2018 | 3019 | Capital One NA | Claim #: 15; Amount Claimed: $452.25; Distribution Dividend: 2.08%; | 7100-900 | | $9.39 | $215.10 |
| 01/09/2018 | 3020 | MIDLAND FUNDING LLC | Claim #: 16; Amount Claimed: $4,758.26; Distribution Dividend: 2.08%; | 7100-000 | | $98.84 | $116.26 |
| 01/09/2018 | 3021 | Citibank, N.A. | Claim #: 17; Amount Claimed: $282.51; Distribution Dividend: 2.08%; | 7100-900 | | $5.87 | $110.39 |
| 01/09/2018 | 3022 | Department Store National Bank | Claim #: 18; Amount Claimed: $981.72; Distribution Dividend: 2.08%; | 7100-900 | | $20.39 | $90.00 |
| 01/09/2018 | 3023 | Synchrony Bank | Claim #: 19; Amount Claimed: $330.86; Distribution Dividend: 2.08%; | 7100-900 | | $6.87 | $83.13 |
| 01/09/2018 | 3024 | Synchrony Bank | Claim #: 20; Amount Claimed: $1,150.90; Distribution Dividend: 2.08%; | 7100-900 | | $23.91 | $59.22 |
| 01/09/2018 | 3025 | Synchrony Bank | Claim #: 21; Amount Claimed: $971.36; Distribution Dividend: 2.08%; | 7100-900 | | $20.18 | $39.04 |
| | | | **SUBTOTALS** | | $0.00 | $2,213.54 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3     Exhibit 9

| Case No. | 16-08461 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1204 | | | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | **-***1205 | | | Account Title: | |
| For Period Beginning: | 3/11/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/09/2018 | 3026 | Synchrony Bank | Claim #: 23; Amount Claimed: $1,879.36; Distribution Dividend: 2.08%; | 7100-900 | | $39.04 | $0.00 |
| | | | TOTALS: | | $4,000.00 | $4,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,000.00 | $4,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,000.00 | $4,000.00 | |

| For the period of 3/11/2016 to 2/8/2018 | | For the entire history of the account between 12/07/2016 to 2/8/2018 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,000.00 | Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 | Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4     Exhibit 9

| Case No. | 16-08461 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VILLARREAL, ANTHONY AND VILLARREAL, LISETTE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1204 | Checking Acct #: | ******6101 |
| Co-Debtor Taxpayer ID #: | **-***1205 | Account Title: | |
| For Period Beginning: | 3/11/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,000.00 | $4,000.00 | $0.00 |

| For the period of 3/11/2016 to 2/8/2018 | | For the entire history of the case between 03/11/2016 to 2/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,000.00 | Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 | Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ